# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

_____

| | |
|---|---|
| **In Re:** <br> **Elizabeth M. McDowell,** <br><br> **Debtor.** | **Bankruptcy Case** <br> **No. 10-40845-JDP** |

_____

| | |
|---|---|
| **Elizabeth M. McDowell,** <br><br> Plaintiff, <br><br> **vs.** <br><br> **Education Credit Management Corporation, and U.S. Department of Education,** <br><br> Defendants. | **Adv. Proceeding** <br> **No. 14-08005-JDP** |

_____

**AMENDMENT TO MEMORANDUM OF DECISION**
_____

On the Court's own motion, the Memorandum Decision entered in this adversary proceeding on May 3, 2016, Dkt. No. 99, is hereby amended.

AMENDMENT TO MEMORANDUM OF DECISION – 1

In particular, the final two paragraphs of the Memorandum's Conclusion are hereby amended to read as follows:

*Conclusion*

Under § 523(a)(8) and the applicable case law, Plaintiff has shown she can not repay the full balance due on the ECMC student loan debt without an undue hardship. Based upon the facts and equities, the Court concludes that a partial discharge of that debt should be entered. Accordingly, for the reasons explained above, and based upon the facts and equities, all amounts owed by Plaintiff on the ECMC loan in excess of $10,000 will be discharged.

Counsel for the parties shall submit an approved form of judgment for entry by the Court.

Dated: May 12, 2016

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

AMENDMENT TO MEMORANDUM OF DECISION – 2